AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/21/07 |
| NAME OF SERVER (PRINT) Andrew Lasky | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 12:30pm Campbell-Gardner.
  N.Y.P.D. Transit District 02

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/21/07
          Date          Signature of Server

                        Andrew Lasky
                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

≫AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/21/07 |
| NAME OF SERVER (PRINT)<br>Andrew Laskin | TITLE<br>Attorney of Record |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  100 Church Street, Law Dept.    Madelyn Santana, Docketing Clerk.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/21/07
                Date                    Signature of Server

                232 Madison Ave  ~~Robinson Tubla~~ Suite 1200
                Address of Server          NY NY 10016

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.