**ME<mark>MO ENDORSED</mark>**

# Robinson & Yablon, P.C.
### ATTORNEYS AT LAW
232 MADISON AVENUE, SUITE 1200
NEW YORK, NEW YORK 10016

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/07

JOEL H. ROBINSON
LAWRENCE T. YABLON

ANDREW M. LASKIN

TELEPHONE: (212) 725-8566
FACSIMILE: (212) 725-8567

July 16, 2007

Honorable Kevin P. Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York New York 10007

RE: *Kleine v, City of New York et al*
07 Civ. 5887 (PKC)



RECEIVED
JUL 18 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

Dear Judge Castel:

    The Court has granted the City's request for an extension of time to Answer the complaint to September 11, 2007. In light of the extension, and defense counsel's claim that she has neither received documents from nor interviewed the defendant officers, we request that the Court conference, now scheduled for July 27, 2007, be adjourned to correspond with the filing of responsive pleadings. At this juncture, however, counsel cannot have a meaningful Rule 26 conference.

    Thank you for your consideration of this matter,

Respectfully submitted.,
ROBINSON & YABLON, P.C.

Andrew M. Laskin (AL9379)

New York City Law Department
100 Church Street
New York, New York 10007
Att: A.C.C. Sabrina Tann

*Conference adjourned from July 27, 2007 to September 7, 2007 at 12:45 P.M.*

SO ORDERED
7-19-07