**MEMO ENDORSED** Robinson & Yablon, P.C.

ATTORNEYS AT LAW
232 MADISON AVENUE, SUITE 1200
NEW YORK, NEW YORK 10016

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-26-07

JOEL H. ROBINSON
LAWRENCE T. YABLON

ANDREW M. LASKIN

TELEPHONE: (212) 725-8566
FACSIMILE: (212) 725-8567

October 25, 2007

Via US Mail
Honorable Kevin P. Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: *Kleine v. City of New York et al*
07 Civ. 5887 (PKC)

Dear Judge Castel:

*Matter will be taken up at November 16 conference.*
*SO ORDERED*
*[signature] USDJ 10-26-07*

Last summer, upon application of the City, the Court stayed the referenced matter pending resolution of the plaintiff's case in criminal Court. Today, the criminal matter was resolved by way of an adjournment in contemplation of dismissal. Plaintiff therefore requests that the Court lift the stay, Order the defendants to answer the complaint, and set this matter down for an initial case management conference.

Thank you for your consideration of this matter.

Respectfully submitted.,
ROBINSON & YABLON, P.C.

Andrew M. Laskin (AL9379)

Via Facsimile and Mail
New York City Law Department
100 Church Street
New York, New York 10007
Att: A.C.C. Sabrina Tann