AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

Gregory Kleine

**APPEARANCE**

P.O Moscoso + City of N.Y.

Case Number: 07 CIV 5887 (PKC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York
Leonardo Moscoso

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-16-07

I certify that I am admitted to practice in this court.

11/16/07
Date

Office of Corp. Counsel

Signature

Sabrina Tann
Print Name                                Bar Number

100 Church Street
Address

N.Y.    N.Y.    10007
City    State   Zip Code

212 442 8600    212 788 9776
Phone Number    Fax Number