UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Gregory Kleine

                Plaintiff,

        -against-

The City of New York, et al.

                Defendant.
------------------------------------------------------------X

DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-16-07

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 5887 (PKC)(GWG)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*
_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

/s/ P. Kevin Castel
P. Kevin Castel
United States District Judge

DATED: New York, New York
             November 16, 2007