```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GREGORY KLEINE,

                    Plaintiff,

    -against-

THE CITY OF NEW YORK, et al.,

                    Defendants.

------------------------------------------------------------x

07 Civ. 5887 (PKC)

ORDER

P. KEVIN CASTEL, District Judge:

        I have Mr. Andrew Laskin's letter of January 9, 2008 – received today – describing a series of discovery disputes. Mr. Laskin is ordered to telephone Ms. Sabrina Tann, counsel for defendants, no later than January 11 at noon to arrange a face-to-face, meet and confer session for no less than one hour in a good faith attempt to resolve or narrow the outstanding discovery disputes.

        Thereafter, if the disputes have not been resolved, counsel for the parties are directed to submit a joint letter (the "Joint Letter") no later than January 25, 2008 (1) certifying that they have complied with the foregoing meet and confer requirement; (2) stating each side's position on the disputed issues; and (3) setting forth the specific relief each side seeks, together with any citations to case law support. The text of the discovery requests and the objections, if any, should be submitted with the Joint Letter. I will either decide the issue on the basis of the Joint Letter, schedule a hearing or conference to resolve the disputes or direct the filing of a formal motion and briefing.

The foregoing procedure is to be followed if any future disputes arise.

SO ORDERED.

                                        P. Kevin Castel
                                    United States District Judge

Dated: New York, New York
       January 9, 2008