**MEMO ENDORSED**

# Robinson & Yablon, P.C.
ATTORNEYS AT LAW
292 MADISON AVENUE, SUITE 1200
NEW YORK, NEW YORK 10016

JOEL H. ROBINSON
LAWRENCE T. YABLON

ANDREW M. LASKIN

TELEPHONE: (212) 725-8566
FACSIMILE: (212) 725-8567

January 24, 2008

*Via Facsimile and US Mail*
Honorable Kevin P. Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08
```

RE: *Kleine v. City of New York et al*
07 Civ. 5887 (PKC)

Dear Judge Castel:

I am on trial in Bronx County before Judge Sacks in the case Mendez v. Bovis, Index # 25924/03. The joint letter to the Court regarding post meet-and-confer discovery disputes is due tomorrow. Although I sent my portion of the letter to the City last week but, as of this afternoon, defense counsel states she still needs her portion of the letter reviewed by a supervisor.

In light of my present engagement, I respectfully request an extension to Monday, January 27, 2008 to file the letter. I further request that the City provide its final contentions and exhibits before the end of the day tomorrow.

Respectfully submitted.,
ROBINSON & YABLON, P.C.

Andrew M. Laskin (AL9379)

Via Facsimile
212 788 9776
New York City Law Department
100 Church Street
New York, New York 10007
Att: A.C.C. Sabrina Tann

Application Granted
SO ORDERED
USDJ
1-24-08