

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-08
```

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

SABRINA TANN
Phone: (212) 442-8600
Fax: (212) 788-9776
stann@law.nyc.gov

# MEMO ENDORSED

February 13, 2008

**BY FACSIMILE**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: Gregory Kleine v. City of New York et al., 07 CV 5887 (PKC)

Your Honor:

        As the Assistant Corporation Counsel assigned to the defense of the above-referenced civil rights action, I write in response to plaintiff's letter application to the Court dated February 7, 2008. In his application, plaintiff requests that the Court schedule a pre-motion conference regarding plaintiff's proposed motion to amend the complaint to substitute Officer Michael Rhome for the "John Doe" defendant and add a federal cause of action for false arrest pursuant to 42 U.S.C. § 1983 against defendant Leonardo Moscoso and proposed defendant Michael Rhome. Defendants City of New York and Leonardo Moscoso do not object to plaintiff's proposed amendments to the complaint and accordingly, no pre-motion conference is necessary.

*[Handwritten endorsement:]* Plaintiff may proceed with the filing of the amended complaint within ten days hereof. SO ORDERED. [signature] USDJ 2-13-08

Defendants thank the Court for its consideration in this regard.

Respectfully submitted,

Sabrina Tann (ST 2552)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Andrew Laskin, Esq.
Robinson & Yablon
Attorney for Plaintiff
(By Facsimile)

NYC LAW DEPARTMENT      Fax:212-788-1915      Feb 13 2008 10:02      P.03