# Robinson & Yablon, P.C.
### ATTORNEYS AT LAW
232 MADISON AVENUE, SUITE 1200
NEW YORK, NEW YORK 10016

JOEL H. ROBINSON
LAWRENCE T. YABLON

ANDREW M. LASKIN

TELEPHONE: (212) 725-8566
FACSIMILE: (212) 725-8567
www.robyablaw.com

February 15, 2008

*By Facsimile (212) 805-4268*
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York New York 10007

RE: *Kleine v, City of New York et al*
07 Civ. 5887 (PKC) (GWG)

Dear Magistrate Judge Gorenstein:

I write to advise the Court that depositions of the respective parties shall be completed on February 27, 2008. Thereafter, the parties will be ready to conduct a settlement conference.

Respectfully submitted,
ROBINSON & YABLON, P.C.

Andrew M Laskin (AL9379)

AML/js

cc:   *Via Facsimile (212) 788-9776*
      New York City Law Department
      100 Church Street
      New York, New York 10007
      Att: ACC Sabrina Tann