**MEMO ENDORSED**



```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08
```

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

SABRINA TANN
Phone: (212) 442-8600
Fax: (212) 788-9776
stann@law.nyc.gov

February 20, 2008

**BY FACSIMILE**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:   Gregory Kleine v. City of New York et al., 07 CV 5887 (PKC)

Your Honor:

       As the Assistant Corporation Counsel assigned to the defense of the above-referenced action, I write pursuant to the Court's Order dated February 4, 2008 to respectfully request a three week enlargement of time to and including March 12, 2008 to provide an affidavit concerning defendants' search for the UF-61 Complaint Report in the above-referenced matter. An enlargement is necessary to allow time for the appropriate parties to properly and thoroughly search for the requested document. I contacted plaintiff's counsel, Andrew Laskin, Esq., of the law firm Robinson and Yablon and he consents to this request.

*Application granted.*
SO ORDERED
[signature]
PKC USDJ
2-21-08

I thank the Court for its consideration of the within request.

Respectfully submitted,

Sabrina Tann (ST 2552)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Andrew Laskin, Esq.
Robinson & Yablon
Attorney for Plaintiff
(By Facsimile)

2