UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Gregory Kleine

                    Plaintiff,

           -against-

City of New York, et al.

                    Defendant.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 5887 (PKC)(GWG)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | | ___ Social Security |
| ___ | Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ |
| ___ | Inquest After Default/Damages Hearing | All such motions: ____ |

Do not check if already referred for general pretrial.

SO ORDERED.

                                               P. Kevin Castel
                                               United States District Judge

DATED: New York, New York
           March 25, 2008