UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
**GREGORY KLEINE,**

                      **Plaintiff,**           **NOTICE OF APPEARANCE**

    -against-

**CITY OF NEW YORK, et al.,**           07 Civ. 05887 (PKC)(GWG)

                      **Defendants.**
------------------------------------------------------------------------ x

    **PLEASE TAKE NOTICE** that **Douglas Heim,** Assistant Corporation Counsel, appears as counsel of record and lead attorney on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York and Moscoso having replaced former Assistant Corporation Counsel Sabrina Tann.

Dated: New York, New York
       April 8, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel
                                          of the City of New York
                                          Attorney for Defendants City of New York and Moscoso
                                          100 Church Street, Room 3-153
                                          New York, New York 10007
                                          (212) 788-1298


                                          By: _____/S/_____
                                                Douglas Heim (DH 5238)
                                                Assistant Corporation Counsel
                                                Special Federal Litigation Division

To:    Andrew M. Laskin (by ECF)
         Robinson & Yablon
         232 Madison Avenue, Suite1200
         New York, NY 10016