AO 85A (Rev. 8/98) Consent to Exercise of Jurisdiction by a United States Judge Over Specific Motion(s)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

Gregory Kleine
Plaintiff

V.

City of New York
Defendant

CONSENT TO EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE
OVER DISPOSITIVE MOTIONS DESCRIBED
UNDER 28 U.S.C.§636(b)(1)(B)

CASE NUMBER:
07 CV 5887 (PKC)(GWG)

## CONSENT TO EXERCISE OF JURISDICTION

In accordance with the provisions of 28 U.S.C.§636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below.

MOTION(S): _Application Regarding Rule 68 Offer of Judgment_

| Party Represented | Signatures | Date |
|---|---|---|
| Gregory Kleine | [signature] Andrew Laskin | 4/9/08 |
| City of New York et al | [signature] | 4/9/08 |

## ORDER OF REFERENCE

IT IS ORDERED that the above motion(s) be referred to _Magistrate Judge Gabriel W. Gorenstein_, United States Magistrate Judge, to conduct all proceedings and enter a final order on such motion(s) in accordance with 28 U.S.C.§636(c) and Fed.R.Civ.P.73.

4-10-08
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.